J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Thomas,<br><br>    Plaintiff,<br><br>v.<br><br>City of Rialto; Anthony Glass, an individual; Travon Ricks, an individual; County of San Bernardino; and Does 1 to 10,<br><br>    Defendant. | Case No. 5:22-cv-1743-SSS (SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING RETENTION OF JURISDICTION BY UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**NOTE CHANGES MADE BY COURT** |

  On September 28, 2023, Plaintiff Gerald Thomas ("Plaintiff"), and Defendants City of Rialto, Anthony Glass, and Travon Ricks ("Defendants") (collectively "Parties"), filed a joint stipulation regarding this Court's jurisdiction to enforce the "SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS" ("Settlement Agreement") entered into by the Parties on September 19, 2023.

  The court, having considered the Parties' joint stipulation regarding jurisdiction to enforce the Settlement Agreement, and finding good cause, hereby GRANTS the joint stipulation and ORDERS as follows:

/ / /

/ / /

/ / /

42623759.1

1. This action is placed in inactive status;

2. By November 13, 2023, the parties shall file either (1) a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii); (2) a Stipulation for an Order of Dismissal under Fed. R. Civ. P. 41(a)(2); or (3) a motion to reopen if settlement has not been consummated;

3. Upon the failure to comply with this Order in a timely manner, this action shall be deemed dismissed as of November 14, 2023;

4. This Court shall retain jurisdiction to enforce performance of the Settlement Agreement in full, to the maximum extent permitted by law;

5. All previously set deadlines and dates are hereby **VACATED**.

IT IS SO ORDERED.

DATED: October 3, 2023

_____
SUNSHINE S. SYKES
United States District Judge